# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM RIVERA,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 79888

FILED

NOV 26 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a motion to modify sentence. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the motion when appellant filed the notice of appeal on October 18, 2019. Thus, the notice of appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc:    Hon. Eric Johnson, District Judge
       William Rivera
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

19-48309